Certificate Number: 03088-NJ-DE-034449860

Bankruptcy Case Number: 20-16208



03088-NJ-DE-034449860

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 13, 2020, at 6:44 o'clock AM CDT, Elizabeth K Impellizzeri completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  May 13, 2020              By:   /s/Doug Tonne

                                 Name: Doug Tonne

                                 Title: Counselor