UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                               Bankr. Case No. 20-16208-CMG-13

ELIZABETH IMPELLIZZERI                                        Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                         Bankr. Case No. 20-16208-CMG-13

ELIZABETH IMPELLIZZERI                                Chapter 13
        Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 14, 2020 :

    WARREN S JONES JR                            Albert Russo
    1 TRINITY LN                                          CN 4853
    MOUNT HOLLY, NJ  08060                   Trenton, NJ 08650

By  /s/ Mandy Youngblood
        Mandy Youngblood

xxxxx76400 / 1021273