| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WARREN S. JONES, JR., ESQUIRE<br>Bar # 003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ 08060<br>(609) 261-8400<br>(609) 261-5252 fax<br>email@warrensjones.com | |
| In re:<br>        Elizabeth  Impellizzeri | Case No.:    **20-16208**<br><br>Chapter:        **13**<br><br>Adv. No.:<br><br>Hearing Date:    6/30/2020<br><br>Judge:    **Christine M. Gravelle** |

### OBJECTION TO ORDER TO SHOW CAUSE

1. An Order to Show Cause was issued on June 5, 2020 to show cause as to why case should not be dismissed for failure to pay filing fees in installments.

2. On May 27, I purchased a USPS money order in the amount of $100.  See Exhibit "A".

3. On May 28, 2020, I sent the aforesaid money order to the Clerk of the Bankruptcy Court via USPS priority mail tracking number 9505-5141-8581-0149-5013-52. See Exhibit "B".

4. The aforesaid money order was properly payable and included the correct case number.  See Exhibit "C".

5. USPS Tracking information verifies the transmittal letter and money order were delivered on June 1, 2020.

   I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:    June 8, 2020              /s/  **Elizabeth  Impellizzeri**
                                            Debtor's Signature

**B**

```
===========================================
                 MEDFORD
              326 STOKES RD
          MEDFORD, NJ 08055-9998
                334995-0055
               (800)275-8777
             05/28/2020 12:29 PM
===========================================

Product            Qty    Unit     Price
                          Price
-------------------------------------------
PM 2-Day            1     $7.75    $7.75
Window FR Env
   (Domestic)
   (TRENTON, NJ  08608)
   (Flat Rate)
   (Expected Delivery Day)
   (Monday 06/01/2020)
   (USPS Tracking #)
   (9505 5141 8581 0149 5013 52)
Insurance                          $0.00
   (Up to $50.00 included)
-------------------------------------------
Total:                             $7.75

-------------------------------------------
Debit Card Remit'd                 $7.75
   (Card Name:MasterCard)
   (Account #:XXXXXXXXXXXX1131)
   (Approval #)
   (Transaction #:979)
   (Receipt #:021381)
   (Debit Card Purchase:$7.75)
   (Cash Back:$0.00)
   (AID:A0000000042203            Chip)
   (AL:DEBIT)
   (PIN:Verified                 DEBIT)

*******************************************
        Due to limited transportation
         availability as a result of
         nationwide COVID-19 impacts
       package delivery times may be
       extended. Priority Mail Express®
           service will not change.
*******************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
```

**A**

```
===========================================
                 MEDFORD
              326 STOKES RD
          MEDFORD, NJ 08055-9998
                334995-0055
               (800)275-8777
             05/27/2020 11:30 AM
===========================================

Product            Qty    Unit     Price
                          Price
-------------------------------------------
Dom M.O. - Value                 $100.00
   (Serial#:25585624451)
Dom M.O. Fee                       $1.25
-------------------------------------------
Total:                           $101.25


Cash                             $110.00
Change                           ($8.75)
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
     www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.

        HELP US SERVE YOU BETTER

        TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

                 Go to:
     https://postalexperience.com/Pos

     840-5080-0056-001-00048-89564-01

          or scan this code with
           your mobile device:



         or call 1-800-410-7420.

            YOUR OPINION COUNTS


       eipt #: 840-50800056-1-4889564-1
       r: 06

May 27, 2020

US BANKRUPTCY COURT CLERK
402 EAST STATE STREET
TRENTON, NJ 08608

RE:  Order Granting Application to Pay Filing Fee in Installments (Related Doc # [4])
     CASE NAME: Elizabeth Impellizzeri
     CASE NUMBER: 20-16208-CMG
     DOCUMENT NUMBER: 7

Enclosed please find U.S. Postal Service money order Serial Number 25585624451 in the amount of $100.00 for the second installment payment due on 06/04/2020.

Sincerely,

*Elizabeth K. Impellizzeri*

Elizabeth K. Impellizzeri

Encl.

---

**UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT**

Pay to: US Bankruptcy Court Clerk
Address: 402 E State St, Trenton NJ 08608
Serial Number: 25585624451
Year, Month, Day: 2020-05-27
Post Office: 080550
Amount: $100.00
Clerk: 06
NOT NEGOTIABLE — KEEP THIS RECEIPT FOR YOUR RECORDS

**UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER**

Serial Number: 25585624451
Year, Month, Day: 2020-05-27
Post Office: 080550
Amount: $100.00
One Hundred Dollars and 00/100 ************

Filing Fee Payment
Pay to: US Bankruptcy Court Clerk
Address: 402 E State St, Trenton NJ 08608
Memo: Case 20-16208
From: Elizabeth Impellizzeri
Address: 1 Cragmoor Dr, Shamong NJ 08088-8901
Clerk: 06

:00000800 2:  25585624451

