| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 20-16208 / CMG

Elizabeth Impellizzeri

Petition Filed Date: 05/04/2020
341 Hearing Date: 06/04/2020
Confirmation Date: 07/15/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/29/2020 | $163.88 | 68173780 | 07/01/2020 | $163.88 | 69042910 | 08/03/2020 | $312.79 | 69830460 |
| 09/04/2020 | $312.79 | 70645730 | 10/08/2020 | $312.00 | 71462950 | 11/02/2020 | $312.00 | 71996170 |
| 12/11/2020 | $312.79 | 73010540 | 01/06/2021 | $312.00 | 73625780 | | | |

**Total Receipts for the Period:  $2,202.13    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $2,202.13**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth Impellizzeri | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN S JONES, JR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | »» AMD DISCLOSURE 6/15/20 | No Disbursements: Paid outside | | | |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,722.78 | $0.00 | $5,722.78 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,261.59 | $0.00 | $4,261.59 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $644.70 | $0.00 | $644.70 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,012.68 | $0.00 | $3,012.68 |
| 5 | Americredit Financial Services, Inc | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | »» 2018 CHEVROLET TRAVERSE | | | | |
| 6 | Dell Financial Services, LLC | Unsecured Creditors | $653.50 | $0.00 | $653.50 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,233.08 | $0.00 | $4,233.08 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $4,822.73 | $0.00 | $4,822.73 |
| 9 | TOWNSHIP OF SHAMONG | Secured Creditors | $6,287.08 | $1,317.12 | $4,969.96 |
| | »» MUNICIPAL TAX LIEN/PAY IN FULL | | | | |
| 10 | TD BANK USA NA | Unsecured Creditors | $951.38 | $0.00 | $951.38 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC | Unsecured Creditors | $5,114.80 | $0.00 | $5,114.80 |
| | »» CAPITAL ONE, NA | | | | |
| 12 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $1,409.06 | $0.00 | $1,409.06 |
| | »» SYNCHRONY BANK | | | | |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $7,713.38 | $0.00 | $7,713.38 |
| | »» BARCLAYS/MERCURY MC | | | | |
| 14 | PNC Bank, N.A. | Mortgage Arrears | $2,007.37 | $420.53 | $1,586.84 |
| | »» P/1 CRAGMOOR DRIVE/1ST MTG | | | | |
| 15 | CITIBANK, N.A. | Unsecured Creditors | $233.27 | $0.00 | $233.27 |
| | »» GOODYEAR CREDIT CARD | | | | |
| 16 | SYNCHRONY BANK | Unsecured Creditors | $2,304.48 | $0.00 | $2,304.48 |

**Chapter 13 Case No. 20-16208 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JC PENNEY | Unsecured Creditors | $2,019.11 | $0.00 | $2,019.11 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $1,007.39 | $0.00 | $1,007.39 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LOWE'S | Unsecured Creditors | $2,796.32 | $0.00 | $2,796.32 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,202.13 | Plan Balance: | $25,341.63  ** |
| Paid to Claims: | $1,737.65 | Current Monthly Payment: | $312.00 |
| Paid to Trustee: | $171.51 | Arrearages: | $309.63 |
| Funds on Hand: | $292.97 | Total Plan Base: | $27,543.76 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.