UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Elizabeth Impellizzeri,

Debtor.

Case No.:     20-16208-CMG

Chapter:      13

Hearing Date: 12/1/2021

Judge:        Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Motion for Relief from Stay re: 1 Cragmoor Drive, Shamong, NJ (Docket # 33)

_____

Date: 11/22/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*