| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 20-16208 / CMG

Elizabeth Impellizzeri

Petition Filed Date: 05/04/2020
341 Hearing Date: 06/04/2020
Confirmation Date: 07/15/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2021 | $312.00 | 73625780 | 03/03/2021 | $312.00 | 74971040 | 03/08/2021 | $312.00 | 75080760 |
| 04/05/2021 | $312.00 | 75792250 | 05/03/2021 | $312.00 | 76398260 | 07/20/2021 | $624.00 | 78227520 |
| 08/03/2021 | $312.00 | 78569140 | 10/04/2021 | $624.00 | 79899970 | 11/08/2021 | $312.00 | 80668360 |
| 12/06/2021 | $312.00 | 81310140 | 01/24/2022 | $312.00 | 82276090 | | | |

**Total Receipts for the Period: $4,056.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,946.13**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth Impellizzeri | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN S JONES, JR ESQ<br>»» AMD DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,722.78 | $0.00 | $5,722.78 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,261.59 | $0.00 | $4,261.59 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $644.70 | $0.00 | $644.70 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,012.68 | $0.00 | $3,012.68 |
| 5 | Americredit Financial Services, Inc<br>»» 2018 CHEVROLET TRAVERSE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | Dell Financial Services, LLC | Unsecured Creditors | $653.50 | $0.00 | $653.50 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,233.08 | $0.00 | $4,233.08 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $4,822.73 | $0.00 | $4,822.73 |
| 9 | TOWNSHIP OF SHAMONG<br>»» MUNICIPAL TAX LIEN/PAY IN FULL | Secured Creditors | $6,287.08 | $3,391.78 | $2,895.30 |
| 10 | TD BANK USA NA | Unsecured Creditors | $951.38 | $0.00 | $951.38 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE | Unsecured Creditors | $5,114.80 | $0.00 | $5,114.80 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $1,409.06 | $0.00 | $1,409.06 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BARCLAYS/MERCURY | Unsecured Creditors | $7,713.38 | $0.00 | $7,713.38 |
| 14 | PNC Bank, N.A.<br>»» P/1 CRAGMOOR DRIVE/1ST MTG | Mortgage Arrears | $2,007.37 | $1,082.94 | $924.43 |
| 15 | CITIBANK, N.A.<br>»» GOODYEAR | Unsecured Creditors | $233.27 | $0.00 | $233.27 |

**Chapter 13 Case No. 20-16208 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | SYNCHRONY BANK | Unsecured Creditors | $2,304.48 | $0.00 | $2,304.48 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JC PENNEY | Unsecured Creditors | $2,019.11 | $0.00 | $2,019.11 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $1,007.39 | $0.00 | $1,007.39 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LOWE'S | Unsecured Creditors | $2,796.32 | $0.00 | $2,796.32 |
| 20 | PNC Bank, N.A.<br>»»  1 CRAGMOOR DRIVE/PP ARREARS 12/1/21 | Mortgage Arrears | $7,360.64 | $725.51 | $6,635.13 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,946.13 | Plan Balance: | $29,775.63 ** |
| Paid to Claims: | $5,200.23 | Current Monthly Payment: | $312.00 |
| Paid to Trustee: | $460.11 | Arrearages: | $309.63 |
| Funds on Hand: | $285.79 | Total Plan Base: | $35,721.76 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more  information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.