| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| WARREN S. JONES, JR., ESQUIRE<br>Bar #003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mt. Holly New Jersey 08060<br>(609) 261-8400<br>(609) 261-5252 fax | |
| In Re:<br>    Elizabeth Impellizzeri | Case No.: __20-16208__<br><br>Judge: __Christine M. Gravelle__<br><br>Chapter: __13__ |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**
☐ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☒ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objections to the following:

1. ☐     Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____ at _____ a.m.

   OR

   ☒     Motion to Dismiss filed by the Standing Chapter 13 Trustee.

   A hearing has been scheduled for 4/6/2022, at 9:00 a.m.

   ☐     Certification of Default filed by _____, creditor,

   I am requesting a hearing be scheduled on this matter.

   OR

   ☐     Certification of Default filed by Standing Chapter 13 Trustee

   I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons

☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows: Click or tap here to enter text.

☒ Other: Trustee filed a Motion to Dismiss because Consent Order would cause plan to exceed 60 months. A Modified Plan has been filed to address same. Debtor is not delinquent in trustee payments.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: March 29, 2022          /s/  Elizabeth  Impellizzeri
                              Debtor's Signature

NOTE:

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.JN.J. LBR 9013-(d), if filed in opposition to a Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a Creditor's Certification of Default (under an Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**