Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−16208−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Elizabeth Impellizzeri
    1 Cragmoor Drive
    Shamong, NJ 08088

Social Security No.:
    xxx−xx−8279

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 17, 2020.

On March 29, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           May 4, 2022
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 30, 2022
JAN: wdr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Elizabeth Impellizzeri  
    Debtor

Case No. 20-16208-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Mar 30, 2022      Form ID: 185      Total Noticed: 83

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Impellizzeri, 1 Cragmoor Drive, Shamong, NJ 08088-8901 |
| 518823241 | | Conduent/Wells Fargo, C/o Acs, Utica, NY 13501 |
| 518823240 | + | Conduent/Wells Fargo, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 518823245 | | Dnb-mattress, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518823244 | + | Dnb-mattress, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |
| 518823246 | + | Jaguar Credit, Po Box 680020, Attn: Bankruptcy, Franklin, TN 37068-0020 |
| 518823256 | + | Shamong Township Tax Collector, 105 Willow Grove Road, Shamong, NJ 08088-8960 |
| 518823257 | + | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 518823273 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518823272 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518823277 | + | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 518823278 | + | Wells Fargo Bank, Po Box 5185, Sioux Falls, SD 57117-5185 |
| 518823280 | | Wells Fargo Bank NA, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518823279 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518823282 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 518823281 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 30 2022 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 30 2022 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518832350 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 30 2022 20:28:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518823218 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 30 2022 20:28:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 518823219 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 30 2022 20:28:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518823220 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 30 2022 20:28:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518823221 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 30 2022 20:28:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518844313 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2022 20:32:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518823222 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2022 20:32:54 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518823223 | + | Email/PDF: bncnotices@becket-lee.com | | |

Case 20-16208-CMG    Doc 43    Filed 04/01/22    Entered 04/02/22 00:13:14    Desc Imaged
                            Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: 185 | Total Noticed: 83 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Mar 30 2022 20:32:54 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518823224 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 20:32:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518823226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 20:32:58 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518823225 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 20:32:54 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518831713 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 30 2022 20:32:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518831714 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 30 2022 20:32:49 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518888868 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:33:01 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518823229 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:32:50 | Citibank/Goodyear, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518823230 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:32:55 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518823232 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:32:55 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518823231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:32:55 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518823233 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2022 20:28:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518823234 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2022 20:28:00 | Comenity Bank/Kay Jewelers, Po Box 182789, Columbus, OH 43218-2789 |
| 518823236 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2022 20:28:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 518823235 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2022 20:28:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518823237 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2022 20:28:00 | Comenity/Fashion Bug, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518823238 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2022 20:28:00 | Comenity/Fashion Bug, Po Box 182789, Columbus, OH 43218-2789 |
| 518823239 | | Email/Text: bk@concordservicing.com | Mar 30 2022 20:28:00 | Concord Servicing Corporation, PO Box 29352, Phoenix, AZ 85038-9352 |
| 518823242 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 30 2022 20:32:50 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 518823243 | + | Email/PDF: DellBKNotifications@resurgent.com | Mar 30 2022 20:32:54 | Dell Financial Services LLC, Po Box 81607, Austin, TX 78708-1607 |
| 518823227 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2022 20:32:57 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518823228 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2022 20:32:58 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518843887 | + | Email/Text: RASEBN@raslg.com | Mar 30 2022 20:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518823247 | + | Email/Text: EBNBKNOT@ford.com | Mar 30 2022 20:28:00 | Jaguar Credit, Po Box 111897, Nashville, TN 37222-1897 |
| 518823248 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 30 2022 20:28:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, |

Case 20-16208-CMG    Doc 43    Filed 04/01/22    Entered 04/02/22 00:13:14    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: 185 | Total Noticed: 83 |

| | | | |
|---|---|---|---|
| | | | Columbus, GA 31908-4064 |
| 518823249 | + Email/Text: Mercury@ebn.phinsolutions.com | Mar 30 2022 20:28:00 | Mercury/FBT, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 518863349 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2022 20:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518823250 | + Email/PDF: pa_dc_claims@navient.com | Mar 30 2022 20:32:48 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518823251 | + Email/PDF: pa_dc_claims@navient.com | Mar 30 2022 20:32:54 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518887998 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2022 20:28:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518823252 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2022 20:28:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518823253 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2022 20:28:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518823254 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2022 20:28:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518823255 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2022 20:28:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518892093 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 20:32:54 | Portfolio Recovery Associates, LLC, c/o JC PENNEY, POB 41067, Norfolk, VA 23541 |
| 518892133 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 20:32:54 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518874997 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 20:32:54 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518892094 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 20:32:54 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 518885977 | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 20:28:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518823258 | + Email/Text: BKRMailOPS@weltman.com | Mar 30 2022 20:28:00 | Sterling Jewelers, Inc., 375 Ghent Rd, Akron, OH 44333-4600 |
| 518823259 | + Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:53 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518823260 | + Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:54 | Syncb Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 518823263 | + Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:48 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518823264 | + Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:48 | Syncb/Lord & Taylor, Po Box 965015, Orlando, FL 32896-5015 |
| 518823262 | + Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:58 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518823261 | + Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:48 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518889423 | + Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518824929 | + Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518823266 | + Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:54 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518823267 | + Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:53 | Synchrony Bank/ JC Penneys, Po Box 965007, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5007 |
| 518823268 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:48 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518823269 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:48 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518823270 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:58 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518823271 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:48 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 518823275 | | Email/Text: bankruptcy@td.com | Mar 30 2022 20:28:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 518823274 | | Email/Text: bankruptcy@td.com | Mar 30 2022 20:28:00 | TD Bank, Attn: Bankruptcy/TD Card Srvs, Po Box 84037, Columus, GA 31908 |
| 518859106 | + | Email/Text: bncmail@w-legal.com | Mar 30 2022 20:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518823273 | + | Email/Text: bncmail@w-legal.com | Mar 30 2022 20:28:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518823272 | + | Email/Text: bncmail@w-legal.com | Mar 30 2022 20:28:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518823276 | + | Email/Text: documentfiling@lciinc.com | Mar 30 2022 20:28:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 69

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518823217 | | Acume Credit Union |
| 518823265 | | Syncb/walmart |
| 518839693 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518833084 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: 185 | Total Noticed: 83 |

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Elizabeth Impellizzeri email@warrensjones.com r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 6