Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−16208−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth Impellizzeri
   1 Cragmoor Drive
   Shamong, NJ 08088

Social Security No.:
   xxx−xx−8279

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 6, 2022.

Dated: May 6, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Elizabeth Impellizzeri  
    Debtor

Case No. 20-16208-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: May 06, 2022      Form ID: plncf13      Total Noticed: 83

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Impellizzeri, 1 Cragmoor Drive, Shamong, NJ 08088-8901 |
| 518823241 | | Conduent/Wells Fargo, C/o Acs, Utica, NY 13501 |
| 518823240 | + | Conduent/Wells Fargo, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 518823244 | + | Dnb-mattress, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |
| 518823245 | | Dnb-mattress, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518823246 | + | Jaguar Credit, Po Box 680020, Attn: Bankruptcy, Franklin, TN 37068-0020 |
| 518823256 | + | Shamong Township Tax Collector, 105 Willow Grove Road, Shamong, NJ 08088-8960 |
| 518823257 | + | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 518823277 | + | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 518823278 | + | Wells Fargo Bank, Po Box 5185, Sioux Falls, SD 57117-5185 |
| 518823280 | | Wells Fargo Bank NA, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518823279 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518823282 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 518823281 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518832350 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 06 2022 20:38:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518823218 | + | Email/Text: ally@ebn.phinsolutions.com | May 06 2022 20:37:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 518823219 | + | Email/Text: ally@ebn.phinsolutions.com | May 06 2022 20:37:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518823220 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 06 2022 20:38:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518823221 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 06 2022 20:38:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518844313 | | Email/PDF: bncnotices@becket-lee.com | May 06 2022 20:42:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518823222 | + | Email/PDF: bncnotices@becket-lee.com | May 06 2022 20:42:08 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518823223 | + | Email/PDF: bncnotices@becket-lee.com | May 06 2022 20:42:18 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: plncf13 | Total Noticed: 83 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518823224 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2022 20:42:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518823226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2022 20:42:05 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518823225 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2022 20:42:05 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518831713 | + | Email/PDF: ebn_ais@aisinfo.com | May 06 2022 20:42:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518831714 | + | Email/PDF: ebn_ais@aisinfo.com | May 06 2022 20:42:01 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518888868 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2022 20:52:34 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518823229 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2022 20:42:02 | Citibank/Goodyear, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518823230 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2022 20:42:02 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518823232 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2022 20:42:19 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518823231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2022 20:42:20 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518823233 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2022 20:38:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518823234 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2022 20:38:00 | Comenity Bank/Kay Jewelers, Po Box 182789, Columbus, OH 43218-2789 |
| 518823236 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2022 20:38:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 518823235 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2022 20:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518823237 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2022 20:38:00 | Comenity/Fashion Bug, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518823238 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2022 20:38:00 | Comenity/Fashion Bug, Po Box 182789, Columbus, OH 43218-2789 |
| 518823239 | | Email/Text: bk@concordservicing.com | May 06 2022 20:38:00 | Concord Servicing Corporation, PO Box 29352, Phoenix, AZ 85038-9352 |
| 518823242 | | Email/PDF: DellBKNotifications@resurgent.com | May 06 2022 20:42:01 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 518823243 | + | Email/PDF: DellBKNotifications@resurgent.com | May 06 2022 20:42:02 | Dell Financial Services LLC, Po Box 81607, Austin, TX 78708-1607 |
| 518823227 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 06 2022 20:42:05 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518823228 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 06 2022 20:42:05 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518843887 | + | Email/Text: RASEBN@raslg.com | May 06 2022 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518823247 | + | Email/Text: EBNBKNOT@ford.com | May 06 2022 20:39:00 | Jaguar Credit, Po Box 111897, Nashville, TN 37222-1897 |
| 518823248 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 06 2022 20:38:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |

Case 20-16208-CMG    Doc 48    Filed 05/08/22    Entered 05/09/22 00:15:01    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: plncf13 | Total Noticed: 83 |

| | | | | |
|---|---|---|---|---|
| 518823249 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 06 2022 20:38:00 | Mercury/FBT, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 518863349 | + | Email/Text: bankruptcydpt@mcmcg.com | May 06 2022 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518823250 | + | Email/PDF: pa_dc_claims@navient.com | May 06 2022 20:42:15 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518823251 | + | Email/PDF: pa_dc_claims@navient.com | May 06 2022 20:42:06 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518887998 | | Email/Text: Bankruptcy.Notices@pnc.com | May 06 2022 20:38:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518823252 | | Email/Text: Bankruptcy.Notices@pnc.com | May 06 2022 20:38:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518823253 | | Email/Text: Bankruptcy.Notices@pnc.com | May 06 2022 20:38:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518823254 | | Email/Text: Bankruptcy.Notices@pnc.com | May 06 2022 20:38:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518823255 | | Email/Text: Bankruptcy.Notices@pnc.com | May 06 2022 20:38:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518892093 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2022 20:42:08 | Portfolio Recovery Associates, LLC, c/o JC PENNEY, POB 41067, Norfolk, VA 23541 |
| 518892133 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2022 20:42:19 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518874997 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2022 20:42:18 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518892094 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2022 20:42:18 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 518885977 | | Email/Text: bnc-quantum@quantum3group.com | May 06 2022 20:38:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518823257 | ^ | MEBN | May 06 2022 20:34:14 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 518823258 | + | Email/Text: BKRMailOPS@weltman.com | May 06 2022 20:38:00 | Sterling Jewelers, Inc., 375 Ghent Rd, Akron, OH 44333-4600 |
| 518823259 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:06 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518823260 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:06 | Syncb Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 518823263 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:06 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518823264 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:15 | Syncb/Lord & Taylor, Po Box 965015, Orlando, FL 32896-5015 |
| 518823262 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:41:59 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518823261 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:41:59 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518889423 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518824929 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518823266 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:06 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518823267 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:15 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518823268 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:10 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518823269 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:15 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518823270 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:06 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518823271 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:07 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 518823275 | | Email/Text: bankruptcy@td.com | May 06 2022 20:38:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 518823274 | | Email/Text: bankruptcy@td.com | May 06 2022 20:38:00 | TD Bank, Attn: Bankruptcy/TD Card Srvs, Po Box 84037, Columus, GA 31908 |
| 518859106 | + | Email/Text: bncmail@w-legal.com | May 06 2022 20:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518823273 | + | Email/Text: bncmail@w-legal.com | May 06 2022 20:38:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518823272 | + | Email/Text: bncmail@w-legal.com | May 06 2022 20:38:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518823276 | + | Email/Text: documentfiling@lciinc.com | May 06 2022 20:37:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 70

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518823217 | | Acume Credit Union |
| 518823265 | | Syncb/walmart |
| 518839693 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518833084 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: May 06, 2022 | Form ID: plncf13 | Total Noticed: 83 |

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Elizabeth Impellizzeri email@warrensjones.com  r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 6