| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| WARREN S. JONES, JR., ESQUIRE<br>Attorney ID No. 003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ 08060<br>(609) 261-8400<br>(609) 261-5252 fax<br>email@warrensjones.com | Order Filed on May 17, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>    **Elizabeth Impellizzeri** | Case No.:    20-16208<br><br>Chapter:    13<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:    Christine M. Gravelle |

# ORDER

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 17, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter was presented to the Court by the filing of a modified Chapter 13 plan to pay post-petition arrears in the amount of $6,025.86 to Shamong Township Tax Collector and for good cause shown, it is hereby

**ORDERED** that the Debtor's post-petition arrears in the amount of $6,025.86 to Shamong Township Tax Collector shall be paid to said creditor through the Debtor's Chapter 13 plan pursuant to the Court's Chapter 13 Confirmation Order dated May 6, 2022.