| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-16208 / CMG**

Elizabeth Impellizzeri

Petition Filed Date: 05/04/2020
341 Hearing Date: 06/04/2020
Confirmation Date: 07/15/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2022 | $312.00 | 82276090 | 02/09/2022 | $312.00 | 82603840 | 03/07/2022 | $312.00 | 83230560 |
| 04/04/2022 | $461.07 | 83807950 | 05/02/2022 | $461.07 | 84382050 | 06/13/2022 | $312.00 | 85250050 |
| 08/08/2022 | $312.00 | 86366330 | 08/16/2022 | $312.00 | 86484660 | 09/06/2022 | $312.00 | 86888820 |
| 10/04/2022 | $312.00 | 87409890 | 11/07/2022 | $312.00 | 88125180 | 12/06/2022 | $312.00 | 88682330 |
| 01/05/2023 | $312.00 | 89220040 | 02/06/2023 | $312.00 | 89825360 | 03/06/2023 | $312.79 | 90371160 |

**Total Receipts for the Period: $4,978.93   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,613.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth Impellizzeri | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN S JONES, JR ESQ<br>»»  AMD DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,722.78 | $0.00 | $5,722.78 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,261.59 | $0.00 | $4,261.59 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $644.70 | $0.00 | $644.70 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,012.68 | $0.00 | $3,012.68 |
| 5 | Americredit Financial Services, Inc<br>»»  2018 CHEVROLET TRAVERSE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | Dell Financial Services, LLC | Unsecured Creditors | $653.50 | $0.00 | $653.50 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,233.08 | $0.00 | $4,233.08 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $4,822.73 | $0.00 | $4,822.73 |
| 9 | TOWNSHIP OF SHAMONG<br>»»  MUNICIPAL TAX LIEN/PAY IN FULL | Secured Creditors | $6,287.08 | $4,164.43 | $2,122.65 |
| 10 | TD BANK USA NA | Unsecured Creditors | $951.38 | $0.00 | $951.38 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE | Unsecured Creditors | $5,114.80 | $0.00 | $5,114.80 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY BANK | Unsecured Creditors | $1,409.06 | $0.00 | $1,409.06 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BARCLAYS/MERCURY | Unsecured Creditors | $7,713.38 | $0.00 | $7,713.38 |
| 14 | PNC Bank, N.A.<br>»»  P/1 CRAGMOOR DRIVE/1ST MTG | Mortgage Arrears | $2,007.37 | $1,329.64 | $677.73 |

**Chapter 13 Case No. 20-16208 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK, N.A. <br> »» GOODYEAR | Unsecured Creditors | $233.27 | $0.00 | $233.27 |
| 16 | SYNCHRONY BANK | Unsecured Creditors | $2,304.48 | $0.00 | $2,304.48 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES <br> »» JC PENNEY | Unsecured Creditors | $2,019.11 | $0.00 | $2,019.11 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES <br> »» HOME DEPOT | Unsecured Creditors | $1,007.39 | $0.00 | $1,007.39 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES <br> »» LOWE'S | Unsecured Creditors | $2,796.32 | $0.00 | $2,796.32 |
| 20 | PNC Bank, N.A. <br> »» 1 CRAGMOOR DRIVE/PP ARREARS 12/1/21 | Mortgage Arrears | $7,360.64 | $2,496.16 | $4,864.48 |
| 21 | TOWNSHIP OF SHAMONG <br> »» P/1 CRAGMOOR DR/POST-PET TAX/ORDER 5/17/2022 | Secured Creditors | $6,025.86 | $1,213.39 | $4,812.47 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,613.06 | Plan Balance: | $17,082.14 ** |
| Paid to Claims: | $9,203.62 | Current Monthly Payment: | $312.00 |
| Paid to Trustee: | $829.63 | Arrearages: | ($461.85) |
| Funds on Hand: | $579.81 | Total Plan Base: | $27,695.20 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



  **This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.