| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 20-16208 / CMG

Elizabeth Impellizzeri

Petition Filed Date: 05/04/2020
341 Hearing Date: 06/04/2020
Confirmation Date: 07/15/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $312.00 | 89220040 | 02/06/2023 | $312.00 | 89825360 | 03/06/2023 | $312.79 | 90371160 |
| 03/20/2023 | $349.56 | 90647260 | 04/03/2023 | $312.79 | 90913420 | 05/08/2023 | $312.79 | 91562480 |
| 06/12/2023 | $312.79 | 92187620 | 07/18/2023 | $312.79 | 92785560 | 10/16/2023 | $768.00 | 94323180 |
| 11/06/2023 | $312.79 | 94695560 | 12/28/2023 | $1,536.00 | 95527400 | 01/08/2024 | $768.00 | 95726610 |

**Total Receipts for the Period: $5,922.30   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,598.57**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth Impellizzeri | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren S. Jones, Esq.<br>»»  AMD DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,722.78 | $0.00 | $5,722.78 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,261.59 | $0.00 | $4,261.59 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $644.70 | $0.00 | $644.70 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,012.68 | $0.00 | $3,012.68 |
| 5 | Americredit Financial Services, Inc<br>»»  2018 CHEVROLET TRAVERSE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | Dell Financial Services, LLC | Unsecured Creditors | $653.50 | $0.00 | $653.50 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,233.08 | $0.00 | $4,233.08 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $4,822.73 | $0.00 | $4,822.73 |
| 9 | TOWNSHIP OF SHAMONG<br>»»  MUNICIPAL TAX LIEN/PAY IN FULL | Secured Creditors | $6,287.08 | $4,684.39 | $1,602.69 |
| 10 | TD BANK USA NA | Unsecured Creditors | $951.38 | $0.00 | $951.38 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE | Unsecured Creditors | $5,114.80 | $0.00 | $5,114.80 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY BANK | Unsecured Creditors | $1,409.06 | $0.00 | $1,409.06 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BARCLAYS/MERCURY | Unsecured Creditors | $7,713.38 | $0.00 | $7,713.38 |
| 14 | PNC Bank, N.A.<br>»»  P/1 CRAGMOOR DRIVE/1ST MTG | Mortgage Arrears | $2,007.37 | $1,495.67 | $511.70 |
| 15 | CITIBANK, N.A.<br>»»  GOODYEAR | Unsecured Creditors | $233.27 | $0.00 | $233.27 |

**Chapter 13 Case No. 20-16208 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | SYNCHRONY BANK BY AIS INFOSOURCE LP | Unsecured Creditors | $2,304.48 | $0.00 | $2,304.48 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JC PENNEY | Unsecured Creditors | $2,019.11 | $0.00 | $2,019.11 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $1,007.39 | $0.00 | $1,007.39 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LOWE'S | Unsecured Creditors | $2,796.32 | $0.00 | $2,796.32 |
| 20 | PNC Bank, N.A.<br>»»  1 CRAGMOOR DRIVE/PP ARREARS 12/1/21 | Mortgage Arrears | $7,360.64 | $3,687.75 | $3,672.89 |
| 21 | TOWNSHIP OF SHAMONG<br>»»  P/1 CRAGMOOR DR/POST-PET TAX/ORDER 5/17/2022 | Secured Creditors | $6,025.86 | $2,392.23 | $3,633.63 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,598.57 | Plan Balance: | $12,096.63  ** |
| Paid to Claims: | $12,260.04 | Current Monthly Payment: | $768.00 |
| Paid to Trustee: | $1,225.76 | Arrearages: | ($503.36) |
| Funds on Hand: | $2,112.77 | Total Plan Base: | $27,695.20 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more  information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.