| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
Chapter 13 Case No. 20-16208 / CMG

Elizabeth Impellizzeri

Petition Filed Date: 05/04/2020
341 Hearing Date: 06/04/2020
Confirmation Date: 07/15/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2024 | $768.00 | 95726610 | 02/05/2024 | $768.00 | 96163350 | 03/18/2024 | $768.00 | 96886430 |
| 04/08/2024 | $768.00 | 97242260 | 05/13/2024 | $192.00 | | 05/13/2024 | $768.00 | |
| 05/20/2024 | $192.00 | | 06/03/2024 | $192.00 | | 06/04/2024 | $192.00 | |
| 06/10/2024 | $192.00 | | 06/17/2024 | $192.00 | | 06/25/2024 | $192.00 | |
| 07/01/2024 | $192.00 | | 07/09/2024 | $192.00 | | 07/15/2024 | $192.00 | |
| 07/22/2024 | $192.00 | | 07/29/2024 | $192.00 | | 08/05/2024 | $192.00 | |
| 08/12/2024 | $192.00 | | 08/19/2024 | $192.00 | | 08/27/2024 | $192.00 | |
| 09/03/2024 | $192.00 | | 09/10/2024 | $192.00 | | 09/16/2024 | $192.00 | |
| 09/23/2024 | $192.00 | | 11/12/2024 | $768.00 | | 12/03/2024 | $768.00 | |

**Total Receipts for the Period: $9,216.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,814.57**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth Impellizzeri | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren S. Jones, Jr., Esq.<br>»»  AMD DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,722.78 | $168.61 | $5,554.17 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,261.59 | $125.56 | $4,136.03 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $644.70 | $19.00 | $625.70 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,012.68 | $88.76 | $2,923.92 |
| 5 | Americredit Financial Services, Inc<br>»»  2018 CHEVROLET TRAVERSE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | Dell Financial Services, LLC | Unsecured Creditors | $653.50 | $19.25 | $634.25 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,233.08 | $124.72 | $4,108.36 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $4,822.73 | $142.09 | $4,680.64 |
| 9 | TOWNSHIP OF SHAMONG<br>»»  MUNICIPAL TAX LIEN/PAY IN FULL | Secured Creditors<br>No Disbursements: Paid in Full | $5,844.91 | $5,844.91 | $0.00 |
| 10 | TD BANK USA NA | Unsecured Creditors | $951.38 | $28.03 | $923.35 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE | Unsecured Creditors | $5,114.80 | $150.70 | $4,964.10 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY BANK | Unsecured Creditors | $1,409.06 | $41.51 | $1,367.55 |

Chapter 13 Case No. 20-16208 / CMG

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BARCLAYS/MERCURY | Unsecured Creditors | $7,713.38 | $227.26 | $7,486.12 |
| 14 | PNC Bank, N.A.<br>»»  P/1 CRAGMOOR DRIVE/1ST MTG | Mortgage Arrears | $2,007.37 | $2,007.37 | $0.00 |
| 15 | CITIBANK, N.A.<br>»»  GOODYEAR | Unsecured Creditors | $233.27 | $0.00 | $233.27 |
| 16 | SYNCHRONY BANK BY AIS INFOSOURCE LP | Unsecured Creditors | $2,304.48 | $67.90 | $2,236.58 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JC PENNEY | Unsecured Creditors | $2,019.11 | $59.49 | $1,959.62 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $1,007.39 | $29.68 | $977.71 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LOWE'S | Unsecured Creditors | $2,796.32 | $82.39 | $2,713.93 |
| 20 | PNC Bank, N.A.<br>»»  1 CRAGMOOR DRIVE/PP ARREARS 12/1/21 | Mortgage Arrears | $7,360.64 | $7,360.64 | $0.00 |
| 21 | TOWNSHIP OF SHAMONG<br>»»  P/1 CRAGMOOR DR/POST-PET TAX/ORDER 5/17/22 | Secured Creditors<br>No Disbursements: Paid in Full | $5,023.38 | $5,023.38 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,814.57 | Plan Balance: | $2,880.63  ** |
| Paid to Claims: | $21,611.25 | Current Monthly Payment: | $768.00 |
| Paid to Trustee: | $1,790.99 | Arrearages: | ($503.36) |
| Funds on Hand: | $1,412.33 | Total Plan Base: | $27,695.20 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more  information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.