**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Elizabeth Impellizzeri |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court | District of New Jersey |
| Case number: | 20–16208–CMG |

Social Security number or ITIN   xxx–xx–8279
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Elizabeth Impellizzeri

<u>11/18/25</u>

**By the court:** <u>Christine M. Gravelle</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-16208-CMG |
| Elizabeth Impellizzeri | Chapter 13 |
|    Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 18, 2025 | Form ID: 3180W | Total Noticed: 83 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Impellizzeri, 1 Cragmoor Drive, Shamong, NJ 08088-8901 |
| 518823240 | + | Conduent/Wells Fargo, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 518823241 | | Conduent/Wells Fargo, C/o Acs, Utica, NY 13501 |
| 518823245 | | Dnb-mattress, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518823246 | + | Jaguar Credit, Po Box 680020, Attn: Bankruptcy, Franklin, TN 37068-0020 |
| 518823256 | + | Shamong Township Tax Collector, 105 Willow Grove Road, Shamong, NJ 08088-8960 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2025 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2025 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518832350 | | EDI: PHINAMERI.COM | Nov 19 2025 01:49:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518823218 | + | EDI: GMACFS.COM | Nov 19 2025 01:49:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 518823219 | + | EDI: GMACFS.COM | Nov 19 2025 01:49:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518823220 | + | EDI: PHINAMERI.COM | Nov 19 2025 01:49:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518823221 | + | EDI: PHINAMERI.COM | Nov 19 2025 01:49:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518844313 | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2025 21:19:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518823222 | + | Email/PDF: bncnotices@becket-lee.com | Nov 18 2025 21:19:37 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518823223 | + | Email/PDF: bncnotices@becket-lee.com | Nov 18 2025 21:06:37 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518823224 | + | EDI: CAPITALONE.COM | Nov 19 2025 01:49:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518823226 | + | EDI: CAPITALONE.COM | Nov 19 2025 01:49:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518823225 | + | EDI: CAPITALONE.COM | Nov 19 2025 01:49:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |

| 518831713 | + EDI: AIS.COM | Nov 19 2025 01:49:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518831714 | + EDI: AIS.COM | Nov 19 2025 01:49:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518823228 | + EDI: JPMORGANCHASE | Nov 19 2025 01:49:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 518823227 | + EDI: JPMORGANCHASE | Nov 19 2025 01:49:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518888868 | EDI: CITICORP | Nov 19 2025 01:49:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518823229 | + EDI: CITICORP | Nov 19 2025 01:49:00 | Citibank/Goodyear, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518823230 | + EDI: CITICORP | Nov 19 2025 01:49:00 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518823232 | + EDI: CITICORP | Nov 19 2025 01:49:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518823231 | + EDI: CITICORP | Nov 19 2025 01:49:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518823233 | + EDI: WFNNB.COM | Nov 19 2025 01:49:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518823234 | + EDI: WFNNB.COM | Nov 19 2025 01:49:00 | Comenity Bank/Kay Jewelers, Po Box 182789, Columbus, OH 43218-2789 |
| 518823236 | + EDI: WFNNB.COM | Nov 19 2025 01:49:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 518823235 | + EDI: WFNNB.COM | Nov 19 2025 01:49:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518823237 | EDI: WFNNB.COM | Nov 19 2025 01:49:00 | Comenity/Fashion Bug, Attn: Bankrutpcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518823238 | + EDI: WFNNB.COM | Nov 19 2025 01:49:00 | Comenity/Fashion Bug, Po Box 182789, Columbus, OH 43218-2789 |
| 518823239 | Email/Text: bankruptcy@concordservicing.com | Nov 18 2025 21:02:00 | Concord Servicing Corporation, PO Box 29352, Phoenix, AZ 85038-9352 |
| 518823242 | Email/PDF: DellBKNotifications@resurgent.com | Nov 18 2025 21:19:33 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 518833084 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2025 21:19:27 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518823243 | + Email/PDF: DellBKNotifications@resurgent.com | Nov 18 2025 21:19:28 | Dell Financial Services LLC, Po Box 81607, Austin, TX 78708-1607 |
| 518823244 | + EDI: WFCCSBK | Nov 19 2025 01:49:00 | Dnb-mattress, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |
| 518843887 | + Email/Text: RASEBN@raslg.com | Nov 18 2025 21:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518823247 | + Email/Text: EBNBKNOT@ford.com | Nov 18 2025 21:03:00 | Jaguar Credit, Po Box 111897, Nashville, TN 37222-1897 |
| 518823248 | + Email/Text: Mercury@ebn.phinsolutions.com | Nov 18 2025 21:01:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 518823249 | + Email/Text: Mercury@ebn.phinsolutions.com | Nov 18 2025 21:01:00 | Mercury/FBT, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |

District/off: 0312-3          User: admin          Page 3 of 5

Date Rcvd: Nov 18, 2025          Form ID: 3180W          Total Noticed: 83

| | | | | |
|---|---|---|---|---|
| 518863349 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2025 21:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518823250 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 18 2025 21:05:58 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518823251 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 18 2025 21:04:56 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518887998 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2025 21:01:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518823252 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2025 21:01:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518823253 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2025 21:01:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518823254 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2025 21:01:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518823255 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2025 21:01:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518892093 | | EDI: PRA.COM | Nov 19 2025 01:49:00 | Portfolio Recovery Associates, LLC, c/o JC PENNEY, POB 41067, Norfolk, VA 23541 |
| 518892133 | | EDI: PRA.COM | Nov 19 2025 01:49:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518874997 | | EDI: PRA.COM | Nov 19 2025 01:49:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518892094 | | EDI: PRA.COM | Nov 19 2025 01:49:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 518885977 | | EDI: Q3G.COM | Nov 19 2025 01:49:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518823257 | + | Email/Text: bankruptcy@signetjewelers.com | Nov 18 2025 21:02:00 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 518823258 | + | Email/Text: BKRMailOPS@weltman.com | Nov 18 2025 21:02:00 | Sterling Jewelers, Inc., 375 Ghent Rd, Akron, OH 44333-4600 |
| 518823259 | + | EDI: SYNC | Nov 19 2025 01:49:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518823260 | + | EDI: SYNC | Nov 19 2025 01:49:00 | Syncb Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 518823263 | + | EDI: SYNC | Nov 19 2025 01:49:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518823264 | + | EDI: SYNC | Nov 19 2025 01:49:00 | Syncb/Lord & Taylor, Po Box 965015, Orlando, FL 32896-5015 |
| 518823262 | + | EDI: SYNC | Nov 19 2025 01:49:00 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518823261 | + | EDI: SYNC | Nov 19 2025 01:49:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518889423 | + | EDI: AIS.COM | Nov 19 2025 01:49:00 | Synchrony Bank, c/o AIS InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518823266 | + | EDI: SYNC | Nov 19 2025 01:49:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518823267 | + | EDI: SYNC | Nov 19 2025 01:49:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518823268 | + | EDI: SYNC | Nov 19 2025 01:49:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518823269 | + | EDI: SYNC | Nov 19 2025 01:49:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, |

District/off: 0312-3 | User: admin | Page 4 of 5
Date Rcvd: Nov 18, 2025 | Form ID: 3180W | Total Noticed: 83

| | | | | | |
|---|---|---|---|---|---|
| | | | | | FL 32896-0001 |
| 518823270 | + | EDI: SYNC | | | |
| | | | | Nov 19 2025 01:49:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518823271 | + | EDI: SYNC | | | |
| | | | | Nov 19 2025 01:49:00 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 518823275 | | EDI: TDBANKNORTH.COM | | | |
| | | | | Nov 19 2025 01:49:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 518823274 | | EDI: TDBANKNORTH.COM | | | |
| | | | | Nov 19 2025 01:49:00 | TD Bank, Attn: Bankruptcy/TD Card Srvs, Po Box 84037, Columus, GA 31908 |
| 518859106 | + | Email/Text: bncmail@w-legal.com | | | |
| | | | | Nov 18 2025 21:02:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518823273 | + | EDI: WTRRNBANK.COM | | | |
| | | | | Nov 19 2025 01:49:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518823272 | + | EDI: WTRRNBANK.COM | | | |
| | | | | Nov 19 2025 01:49:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518823276 | ^ | MEBN | | | |
| | | | | Nov 18 2025 20:55:55 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 518823278 | | EDI: WFFC | | | |
| | | | | Nov 19 2025 01:49:00 | Wells Fargo Bank, Po Box 5185, Sioux Falls, SD 57117 |
| 518823277 | + | EDI: WFCCSBK | | | |
| | | | | Nov 19 2025 01:49:00 | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 518823279 | + | EDI: WFHOME | | | |
| | | | | Nov 19 2025 01:49:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518823280 | | EDI: WFFC | | | |
| | | | | Nov 19 2025 01:49:00 | Wells Fargo Bank NA, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518823282 | + | EDI: WFAUTO | | | |
| | | | | Nov 19 2025 01:49:00 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 518823281 | + | EDI: WFAUTO | | | |
| | | | | Nov 19 2025 01:49:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 77

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518823217 | | Acume Credit Union |
| 518823265 | | Synch/walmart |
| 518839693 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba Gm Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3                          User: admin                                    Page 5 of 5
Date Rcvd: Nov 18, 2025                       Form ID: 3180W                                  Total Noticed: 83
Date: Nov 20, 2025                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Elizabeth Impellizzeri email@warrensjones.com  r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 5